IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 22 mj 3065 (KAR) |
| ) | |
| LYNN CLARK, ) | |
| ) | |
| Defendant ) | |

GOVERNMENT'S MOTION TO SEAL
COMPLAINT

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: _____
NEIL L. DESROCHES
Assistant U.S. Attorney

Date: April 5, 2022

*Margin annotation (left side):* Katherine Robertson, U.S.M.J. — Granted — 4/5/2022